USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Rikers West Facility Related Cases**

*This filing relates to*:

25-cv-04515 (AT) (BCM)
25-cv-04521 (AT) (BCM)
25-cv-04527 (AT) (BCM)
25-cv-04530 (AT) (BCM)
25-cv-04535 (AT) (BCM)
25-cv-04537 (AT) (BCM)
25-cv-04538 (AT) (BCM)
25-cv-04540 (AT) (BCM)
25-cv-04723 (AT) (BCM)
25-cv-04732 (AT) (BCM)
25-cv-04735 (AT) (BCM)
25-cv-04736 (AT) (BCM)
25-cv-05168 (AT) (BCM)

**ORDER RE POTENTIAL COORDINATION OR CONSOLIDATION**

**BARBARA MOSES, United States Magistrate Judge.**

The thirteen above-referenced actions have been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

## COORDINATION AND/OR CONSOLIDATION OF RELATED CASES

Thirteen individuals, either currently or formerly detained at Rikers Island West Facility, have filed identical – or near identical – putative class action complaints alleging, *inter alia*, unconstitutional conditions of confinement at West Facility. The Court notes that all thirteen

actions were marked as related and, accordingly, assigned to the same District Judge, the Honorable Analisa Torres.

Between August 4 and August 11, 2025, Judge Torres issued orders of service in all of the cases directing the Clerk of Court to (1) add the City of New York (hereinafter the City) as a defendant under Fed. R. Civ. P. 21; and (2) electronically notify the New York City Department of Corrections and the New York City Law Department of the orders of service. Between September 3 and September 5, 2025, the City submitted waivers of service in all thirteen cases, making the City's answers due no later than **November 4, 2025**. To date, counsel for the City (Andrew Liberatore and Dorian Alexander) have filed Notices of Appearances in seven of the thirteen cases.

<u>In light of the identical (or near identical) facts alleged in each of the complaints, and in the interest of efficiency and economy, any party that has a proposal for consolidating or coordinating these related cases should submit that proposal no later than **October 10, 2025**. By that same date, the City must also update the Court as to the current location and custodial status of each named plaintiff (whether presently detained at West Facility, transferred to another facility, or released).</u>

## **PRO SE PARTIES**

Plaintiffs are reminded that they must keep the Court apprised of any new contact information. Service of court orders cannot be accomplished if a party does not update the Court when a change of address occurs. Accordingly, all self-represented plaintiffs are hereby ORDERED to inform the Court of each change in their address or electronic contact information. A copy of the change of address form provided by the Court for this purpose is attached to this Order.

Plaintiffs are also hereby notified that, as pro se parties, they may file pleadings, letters, and other documents with the Court by using any of the following methods:

    a. **Drop off** the documents in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

    b. **Mail** the documents to the Pro Se Intake Unit at 500 Pearl Street, Room 205, New York, New York, 10007.

    c. **Email** the documents to ProSe@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at https://www.nysd.uscourts.gov/prose.

2.    Plaintiffs may wish to contact the Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The project is run by a private organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit.

To receive limited-scope assistance from the project, parties may complete the clinic's intake form on their computer or phone at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. If parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 382-4794. A copy of a flyer with details about the project is attached to this Order.

Dated: New York, New York      **SO ORDERED**.
       September 8, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**

IH-34                                                                                                                                  Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address (if available)

_____
Date          Signature

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.