```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/14/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Rikers West Facility Coordinated Cases**

*This filing relates to*:

All Coordinated Cases

25-cv-04515 (AT) (BCM)
25-cv-04521 (AT) (BCM)
25-cv-04527 (AT) (BCM)
25-cv-04529 (AT) (BCM)
25-cv-04530 (AT) (BCM)
25-cv-04535 (AT) (BCM)
25-cv-04537 (AT) (BCM)
25-cv-04538 (AT) (BCM)
25-cv-04540 (AT) (BCM)
25-cv-04723 (AT) (BCM)
25-cv-04732 (AT) (BCM)
25-cv-04735 (AT) (BCM)
25-cv-04736 (AT) (BCM)
25-cv-05168 (AT) (BCM)
25-cv-05997 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

### Coordination

The Court has received and reviewed the City's proposal (Dkt. 17 in Case No. 25-CV-04515) to coordinate the above-referenced related cases (Coordinated Cases). The Coordinated Cases are hereby coordinated: (a) for purposes of the City's anticipated motion to dismiss, as discussed below; and (b) to the extent one or more of the Coordinated Cases remain pending after decision on the motion to dismiss, for purposes of discovery, scheduling and other non-dispositive pretrial proceedings.

### Motion to Dismiss

The Court hereby adopts the City's proposal to coordinate briefing on its anticipated motion to dismiss in part, as follows:

1. The City's motion to dismiss is due no later than **November 3, 2025**;

2. Plaintiffs' opposition papers to the City's motion to dismiss are due no later than **January 2, 2026**;

3. The City's reply is due no later than **February 3, 2026**.

### Captioning and Filing Convention

The Court hereby adopts the following captioning and filing convention for the Coordinated Cases:

The parties shall use the caption set forth above. If the filing relates to all of the Coordinated Cases, the caption shall so state, as shown above, and shall list all coordinated docket numbers. If the filing relates to one or more, but less than all, of the Coordinated Cases, the caption shall likewise so state.

For example:

| **In Re Rikers West Facility Coordinated Cases** | 25-cv-04515 (AT) (BCM) |
|---|---|
| *This filing relates to*: | 25-cv-04521 (AT) (BCM) |
| | 25-cv-04527 (AT) (BCM) |
| Coordinated Cases 25-cv-04515, 25-cv-04521, and 25-cv-04527 | **PROPOSED ORDER** |

The parties are cautioned that, because these actions are *coordinated* (not consolidated), there is no single consolidated docket. Consequently, it is the responsibility of the parties to electronically file their motions, letters, and other submissions, via ECF, in each relevant docket.

Dated: New York, New York
October 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2