```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In Re Rikers West Facility Coordinated Cases**

*This filing relates to*:

All Coordinated Cases

25-CV-04515 (AT) (BCM)
25-CV-04521 (AT) (BCM)
25-CV-04527 (AT) (BCM)
25-CV-04529 (AT) (BCM)
25-CV-04530 (AT) (BCM)
25-CV-04535 (AT) (BCM)
25-CV-04537 (AT) (BCM)
25-CV-04538 (AT) (BCM)
25-CV-04540 (AT) (BCM)
25-CV-04723 (AT) (BCM)
25-CV-04732 (AT) (BCM)
25-CV-04735 (AT) (BCM)
25-CV-04736 (AT) (BCM)
25-CV-05168 (AT) (BCM)
25-CV-05997 (AT) (BCM)
25-CV-07962 (AT) (BCM)

**AMENDED ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On October 14, 2025, the Court issued an order coordinating the first fifteen of the above-captioned related cases for purposes of the City's then-anticipated motion to dismiss. Thereafter, on October 21, 2025, the sixteenth related case, No. 25-CV-07962, was referred to me.

The City filed its omnibus motion to dismiss the first fifteen cases on November 3, 2025.

On November 5, 2025, the City filed a letter-motion requesting permission to file its omnibus motion to dismiss in No. 25-CV-07962. The City further requests that the Court amend its October 14, 2025 coordination order to include No. 25-CV-07962.

The City's motion is hereby GRANTED. The coordinated case caption will be amended, as shown above.

Dated: New York, New York
       November 5, 2025            **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**