USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _11/26/2025____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Rikers West Facility Coordinated Cases

25 Civ. 4515 (AT) (BCM)
25 Civ. 4521 (AT) (BCM)
25 Civ. 4527 (AT) (BCM)
25 Civ. 4529 (AT)(BCM)
25 Civ. 4530 (AT)(BCM)
25 Civ. 4535 (AT) (BCM)
25 Civ. 4537 (AT) (BCM)
25 Civ. 4538 (AT) (BCM)
25 Civ. 4540 (AT) (BCM)
25 Civ. 4723 (AT) (BCM)
25 Civ. 4732 (AT)(BCM)
25 Civ. 4735 (AT)(BCM)
25 Civ. 4736 (AT)(BCM)
25 Civ. 5168 (AT) (BCM)
25 Civ. 5997 (AT)(BCM)
25 Civ. 7962 (AT)(BCM)

*This filing relates to*:
All Coordinated Cases

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated November 25, 2025.  *See* ECF Nos. 24 in 25 Civ. 4537; 23 in 25 Civ. 4538; 26 in 25 Civ. 4515; 22 in 25 Civ. 4521; 31 in 25 Civ. 4540; 23 in 25 Civ. 4527; 27 in 25 Civ. 4529; 24 in 25 Civ. 4530; 43 in 25 Civ. 4535; 24 in 25 Civ. 4723; 21 in 25 Civ. 4735; 24 in 25 Civ. 4736; 24 in 25 Civ. 4732; 23 in 25 Civ. 5168; 22 in 25 Civ. 5997; 17 in 25 Civ. 7962.

The deadlines for the parties to submit joint letters indicating whether all parties consent to proceed before Judge Moses is ADJOURNED *sine die*.  By **December 8, 2025**, Defendant shall file a letter proposing a deadline that would reasonably allow it to coordinate with all Plaintiffs in the sixteen above-captioned cases in order to submit a joint letter regarding the parties' consent to proceed before Judge Moses.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated:  November 26, 2025
        New York, New York

ANALISA TORRES
United States District Judge