**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re RIKERS WEST FACILITY COORDINATED CASES

This filing relates to: All Coordinated Cases

25 Civ. 4515 (AT) (BCM)
25 Civ. 4521 (AT) (BCM)
25 Civ. 4527 (AT) (BCM)
25 Civ. 4538 (AT) (BCM)
25 Civ. 4723 (AT) (BCM)
25 Civ. 4735 (AT) (BCM)
25 Civ. 7962 (AT) (BCM)

**JUDGMENT**

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2026, the Court adopts the Report & Recommendation in its entirety and DISMISSES each Plaintiff’s complaint. The Court agrees with Judge Moses that because Davila, Sheppard, Reynolds, Garrett, Figueroa, Johnson, and Morgan “made no effort to oppose the City’s motion to dismiss, and took no other action, after filing the initial Complaint, to pursue their claims . . . leave to amend would be futile.” Therefore, those Plaintiffs’ complaints are DISMISSED WITH PREJUDICE.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
______________________
**Clerk of Court**

**BY:** [signature]
______________________
**Deputy Clerk**